Tabetha A. Martinez, Esq. (NV14237)
Susan E. Gillespie, Esq. (NV 15227)
**BURGER | MEYER** LLP
999 Corporate Drive, Suite 220
Ladera Ranch, CA 92694
Telephone:   (949) 427-1888
Facsimile:   (949) 427-1889
Email: tmartinez@burgermeyer.com
       sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GILMA CASTILLO-MENCOS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART INC.; and DOES 1-10; and DOE EMPLOYEES 11-20; and ROE BUSINESS ENTITIES 21-30,<br><br>Defendants. | Case No.: 2:23-cv-01147-GMN-EJY |

Plaintiff Gilma Castillo-Mencos (hereinafter "Plaintiff") and Defendant Walmart, Inc. dba Walmart (hereinafter "Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

Entry of this Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

Dated: November 28, 2023

**LAW OFFICE OF JASON W. BARRUS**

 */s/ Erik A. Bromson*
Erik A. Bromson, Esq.
1601 E. Charleston Blvd.
Las Vegas, NV 89104
Attorneys for Plaintiff
GILMA CASTILLO-MENCOS

-1-
**STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON**

| | |
|---|---|
| Dated: November 28, 2023 | **BURGER | MEYER** LLP |
| | /s/ Susan Gillespie |
| | Tabetha A. Martinez, Esq.<br>Susan Gillespie, Esq.<br>400 South 4th St., Suite 500<br>Las Vegas, NV 89101<br>ATTORNEYS FOR DEFENDANTS,<br>WALMART, INC. dba WALMART |

-2-
**STIPULATION FOR DISMISSAL OF DEFENDANTS; ORDER THEREON**

# ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs.

DATED this 1 day of December 2023.

_____
JUDGE PRESIDING